COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING EN BANC

Cause number:  01-18-00390-CR

Style:        *David Allyn Sweat v. The State of Texas*

Type of motion:    Motion for rehearing

Party filing motion:      Appellant

IT IS ORDERED that the motion for rehearing en banc is **denied**.

Judge's signature:  _____/s/ Julie Countiss_____

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  December 29, 2020